# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAD STEVEN DUGGINS,<br><br>Defendant. | Case No. 1:22-mj-00112-SAB-1<br><br>ORDER FILING FORENSIC EVALUATION REPORT UNDER SEAL AND DIRECTING CLERK OF COURT TO SERVE COPY OF SEALED FILING UPON ALL PARTIES |

On October 16, 2023, the Court received a forensic evaluation report. Good cause appearing, IT IS HEREBY ORDERED that:

1. The forensic evaluation report received on October 16, 2023, be filed under seal in this action, until further order of the Court; and

2. The Clerk of Court is DIRECTED to serve a copy of the sealed filing upon all counsel.

IT IS SO ORDERED.

Dated: **November 9, 2023**

UNITED STATES MAGISTRATE JUDGE

1