# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAD STEVEN DUGGINS,<br><br>    Defendant. | Case No. 1:22-mj-00112-SAB-1<br><br>ORDER SETTING STATUS CONFERENCE FOR NOVEMBER 20, 2023, AT 2:00 P.M. IN COURTROOM 9 |

On July 7, 2022, a criminal complaint was filed against Chad Steven Duggins ("Defendant") charging him with building, attending, maintaining, or using a campfire without removing all flammable material from around the campfire to prevent its escape, in violation of 36 C.F.R. § 261.5(f).  (ECF No. 1.)  Defendant was arrested on July 10, 2022, and made an initial appearance on July 11, 2022.  (ECF Nos. 5, 6.)  A detention hearing was held on July 14, 2022, and Defendant was ordered detained.  (ECF No. 8.)  Status conferences were held on July 26, 2022, and August 22, 2022.  (ECF Nos. 12, 13.)  A further status conference was set for September 7, 2022.  (ECF No. 13.)

On September 7, 2022, Defendant filed a motion to restore competency, that was heard at the September 7, 2022 status conference.  (ECF No. 14.)  On September 7, 2022, the Court granted the motion to restore competency, and ordered Defendant committed to the custody of the Attorney General.  (ECF No. 18.)

On May 23, 2023, the Court granted the Defendant's motion to continue hospitalization and treatment pursuant to 18 U.S.C. § 4241(d).  (ECF No. 21.)  On October 16, 2023, the Court received a forensic evaluation report, which on November 13, 2023, the Court ordered filed under seal.  (ECF No. 23.)

Given the current posture of this action, the Court shall set a status conference to discuss the status of this action.

Accordingly, IT IS HEREBY ORDERED that a status conference is SET in this matter for November 20, 2023, at 2:00 p.m., in Courtroom 9.

IT IS SO ORDERED.

Dated:   **November 16, 2023**

UNITED STATES MAGISTRATE JUDGE

2