# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAD STEVEN DUGGINS,<br><br>Defendant. | Case No. 1:22-mj-00112-SAB-1<br><br>ORDER DIRECTING U.S. MARSHALS SERVICE TO TRANSPORT DEFENDANT TO APPEAR IN PERSON IN COURTROOM 9 OF THE FRESNO DIVISION ON FEBRUARY 9, 2024, AT 10:00 A.M.<br><br>(ECF Nos. 26, 27) |

On July 7, 2022, a criminal complaint was filed against Chad Steven Duggins ("Defendant") charging him with building, attending, maintaining, or using a campfire without removing all flammable material from around the campfire to prevent its escape, in violation of 36 C.F.R. § 261.5(f).  (ECF No. 1.)  Defendant was arrested on July 10, 2022, and made an initial appearance on July 11, 2022.  (ECF Nos. 5, 6.)  A detention hearing was held on July 14, 2022, and Defendant was ordered detained.  (ECF No. 8.)  Status conferences were held on July 26, 2022, and August 22, 2022.  (ECF Nos. 12, 13.)  A further status conference was set for September 7, 2022.  (ECF No. 13.)

On September 7, 2022, Defendant filed a motion to restore competency, that was heard at the September 7, 2022 status conference.  (ECF No. 14.)  On September 7, 2022, the Court granted the motion to restore competency, and ordered Defendant committed to the custody of the Attorney General.  (ECF No. 18.)

1

1   On May 23, 2023, the Court granted the Defendant's motion to continue hospitalization

2 and treatment pursuant to 18 U.S.C. § 4241(d).  (ECF No. 21.)  On October 16, 2023, the Court

3 received a forensic evaluation report, which on November 13, 2023, the Court ordered filed

4 under seal.  (ECF No. 23.)

5   On November 16, 2023, the Court set a status conference for November 20, 2023.  (ECF

6 No. 25.)   At the status conference held on November 20, 2023, the parties requested a

7 continuance, which the Court granted, continuing the status conference until December 14, 2023.

8 (ECF No. 26.)  On December 11, 2023, the Government filed a motion to dismiss for reasons

9 related to the mental condition of the Defendant, setting the motion for hearing at the same time

10 as the December 14, 2023, status conference.  (ECF No. 27.)

11   The Court held a status conference and hearing on December 14, 2023.  (ECF No. 28.)

12 Reed Grantham appeared on behalf of Defendant.  Jeffrey Spivak appeared on behalf of the

13 Government.  The Defendant requested a continuance to respond to the Government's motion,

14 which the Court granted.  The Court set a briefing schedule on the motion, with the opposition

15 due December 29, 2023, and the Government's reply due January 5, 2024.   The Defense

16 requested to have Defendant transported to be evaluated and be present at the next hearing in this

17 matter, which the Court set for February 9, 2024.

18   Accordingly, IT IS HEREBY ORDERED that the U.S. Marshals Service shall transport

19 Defendant Chad Steven Duggins to appear in person in Courtroom 9 of the United States District

20 Court for the Eastern District of California, Fresno Division, on February 9, 2024, at 10:00 a.m.

21

IT IS SO ORDERED.

22

23 Dated:   **December 14, 2023**
                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28