| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | CHAD DUGGINS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-mj-00112-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER** |
| vs. | |
| CHAD DUGGINS, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Chad Duggins, that a briefing schedule on the government's December 11, 2023 motion to dismiss be modified in accordance with the following.

On December 11, 2023, the government moved to dismiss this case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and did so "for reasons related to the mental condition of [Mr. Duggins]," citing to 18 U.S.C. § 4246(a). Dkt. #27 at 2. On December 14, 2023, the Court set a hearing date for the government's motion on February 9, 2024, at 10:00 a.m., and issued an order directing the U.S. Marshals to transport Mr. Duggins in person for the hearing. *See* Dkt. #28, #29. In addition, a briefing schedule was set, however, the parties indicated that they would likely request to modify that schedule in light of the February 9, 2024

hearing date. Accordingly, the parties hereby stipulate and agree that the following briefing schedule be set with respect to the motion to in this case.

- Defense opposition to be filed on or before January 26, 2024
- Any government reply to be filed on or before February 2, 2024

These dates are mutually agreeable dates for the parties and the parties make this request with the intention of conserving time and resources for both the parties and the Court.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 4, 2024    */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 4, 2024    */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
CHAD DUGGINS

## **O R D E R**

**IT IS SO ORDERED.** The briefing schedule on the government's motion to dismiss is hereby modified in accordance with the parties' stipulation above. The defense's opposition is to be filed on or before January 26, 2024. Any government reply is to be filed on or before February 2, 2024.

IT IS SO ORDERED.

Dated:   **January 5, 2024**

UNITED STATES MAGISTRATE JUDGE