HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CHAD DUGGINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-mj-00112-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER** |
| vs. | |
| CHAD DUGGINS, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Chad Duggins, that the previously set briefing schedule on the government's December 11, 2023 motion to dismiss be modified in accordance with the following.

On December 11, 2023, the government moved to dismiss this case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and did so "for reasons related to the mental condition of [Mr. Duggins]," citing to 18 U.S.C. § 4246(a). Dkt. #27 at 2. On December 14, 2023, the Court set a hearing date for the government's motion on February 9, 2024, at 10:00 a.m.. *See* Dkt. #28, #29.

On January 5, 2024, in accordance with a stipulation submitted by the parties, the Court set a briefing schedule on the government's motion to dismiss. *See* Dkt. #31. Thereafter, on

January 16, 2024, the Court, after consultation with the parties, issued a minute order, re-setting the hearing on the government's motion to dismiss for February 23, 2024, at 10:00 a.m.

In light of the change of the hearing date from February 9, 2024, to February 23, 2024, the parties hereby stipulate and agree to modify the previously set briefing schedule as set forth below:

- Defense opposition to be filed on or before February 9, 2024
- Any government reply to be filed on or before February 16, 2024

These dates are mutually agreeable dates for the parties and the parties make this request with the intention of conserving time and resources for both the parties and the Court.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 18, 2024                 */s/ Jeffrey Spivak*
                                       JEFFREY SPIVAK
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       HEATHER E. WILLIAMS
                                       Federal Defender

Date: January 18, 2024                 */s/ Reed Grantham*
                                       REED GRANTHAM
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       CHAD DUGGINS

**O R D E R**

**IT IS SO ORDERED.** The briefing schedule on the government's motion to dismiss is hereby modified in accordance with the parties' stipulation above. The defense's opposition is to be filed on or before February 9, 2024. Any government reply is to be filed on or before February 16, 2024.

IT IS SO ORDERED.

Dated:   **January 18, 2024**

UNITED STATES MAGISTRATE JUDGE