IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>          v.<br><br>**CHAD STEVEN DUGGINS**<br><br>                Defendant. | CR NO: 1:22-mj-00112-SAB |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Chad Steven Duggins
Detained at: FMC Butner (North Carolina)
Detainee is:
    a.) ☒ charged in this district by ☐ Citation ☐ Indictment ☐ Information ☒ Complaint
         charging detainee with: 36 CFR 261.5(f) Building…campfire…prevent its escape
or
    b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
    a.) ☒ return to the custody of detaining facility upon termination of proceedings
or
    b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on Friday, February 23, 2024, at 10 a.m. in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/Jeffrey A. Spivak – Misdemeanor Unit |
| Printed Name & Phone No: | Jeffrey A. Spivak – 559-497-4073 |
| Attorney of Record for: | United States of America |

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum      ☐ Ad Testificandum

      The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on Friday, February 23, 2024, at 10:00 a.m. and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

IT IS SO ORDERED.

Dated: **February 5, 2024**

                                      UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Chad Steven Duggins | ☒Male | ☐Female |
| Booking or CDC #: | 76915-097 | DOB: | 10-23-1981 |
| Facility Address: | Old N. Carolina HWY 75, Butner, NC 27509 | Race: | W |
| Facility Phone: | 919-575-3900 | FBI#: | 217309EC5 |
| Currently | N/A | SSN: | 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 |

## RETURN OF SERVICE

Executed on: _____     _____
(signature)