| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | CHAD DUGGINS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-mj-00112-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING DATE AND TO MODIFY BRIEFING SCHEDULE; ORDER** |
| vs. | |
| CHAD DUGGINS, | |
| Defendant. | |

 IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Chad Duggins, that the hearing date for the government's December 11, 2023 motion to dismiss be continued to Friday, March 15, 2024, and that the currently set briefing schedule on the government's motion be modified in accordance with the following.

 On December 11, 2023, the government moved to dismiss this case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and did so "for reasons related to the mental condition of [Mr. Duggins]," citing to 18 U.S.C. § 4246(a). Dkt. #27 at 2. On December 14, 2023, the Court set a hearing date for the government's motion on February 9, 2024, at 10:00 a.m., and issued an order directing the U.S. Marshals to transport Mr. Duggins in person for the hearing. *See* Dkt. #28, #29. On January 16, 2024, the Court issued a minute order re-setting the

hearing in this matter to February 23, 2024. *See* Dkt. #32. On February 5, 2024, the Court ordered a writ of habeas corpus ad prosequendum for Mr. Duggins' appearance on February 23, 2024. *See* Dkt. #35.

The parties are requesting to continue the hearing date in this matter from February 23, 2024, at 10:00 a.m. to March 15, 2024, at 2:00 p.m. and to modify the previously set briefing schedule in accordance with the below. This request is made in order to provide the U.S. Marshals with sufficient time to facilitate Mr. Duggins' timely transportation to this district and to provide counsel for Mr. Duggins sufficient opportunity to prepare an opposition in this matter as well as time for counsel to meet with Mr. Duggins upon his arrival in this district. Accordingly, the parties hereby stipulate and agree that the hearing date be continued to March 15, 2024, at 2:00 p.m., and that the following briefing schedule be set with respect to the motion in this case.

- Defense opposition to be filed on or before March 1, 2024
- Any government reply to be filed on or before March 8, 2024

These dates are mutually agreeable dates for the parties and the parties make this request with the intention of conserving time and resources for both the parties and the Court.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 9, 2024                */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: February 9, 2024                */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
CHAD DUGGINS

**O R D E R**

**IT IS SO ORDERED.** The hearing date for the government's motion to dismiss is hereby continued to March 15, 2024, at 2:00 p.m. In addition, the briefing schedule on the government's motion to dismiss is hereby modified in accordance with the parties' stipulation above. The defense's opposition is to be filed on or before March 1, 2024. Any government reply is to be filed on or before March 8, 2024.

IT IS SO ORDERED.

Dated: **February 12, 2024**

UNITED STATES MAGISTRATE JUDGE