IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CHAD STEVEN DUGGINS<br><br>　　　　　Defendant. | CR NO: 1:22-mj-00112-SAB |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum　　　　☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Chad Steven Duggins | |
| Detained at | FMC Butner (North Carolina) | |
| Detainee is: | a.) | ☒ charged in this district by ☐ Citation ☐ Indictment ☐ Information ☒ Complaint charging detainee with:　36 CFR 261.5(f) Building…campfire…prevent its escape |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary on Friday, March 15, 2024, at 2 p.m. in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/*Jeffrey A. Spivak* – Misdemeanor Unit |
| Printed Name & Phone No: | Jeffrey A. Spivak – 559-497-4073 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　☐ Ad Testificandum

　　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on Friday, February 23, 2024, at 10:00 a.m. and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

**Feb 13, 2024**

**Stanley A. Boone-United States Magistrate Judge**

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Chad Steven Duggins | ☒ Male　☐ Female | |
| Booking or CDC #: | 76915-097 | DOB: | 10-23-1981 |
| Facility Address: | Old N. Carolina HWY 75, Butner, NC 27509 | Race: | W |
| Facility Phone: | 919-575-3900 | FBI#: | 217309EC5 |
| Currently | N/A | SSN: | 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 |

### RETURN OF SERVICE

Executed on: _____　　　_____
　　　　　　　　　　　　　　　　　　　　　　　(signature)